BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 304,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDWIN OLIVER DE SILVA, Individually; EDWIN OLIVER DE SILVA, Individually and doing business as DE SILVA GATES CONSTRUCTION; DE SILVA GATES CONSTRUCTION; DB ELECTRIC, INC., A California Corporation; and D & E CONSTRUCTION, INC., A California Corporation,<br><br>    Defendants.<br><br>D & E CONSTRUCTION, INC., A California Corporation,<br><br>    Cross-Claimant,<br><br>    v.<br><br>DE SILVA GATES CONSTRUCTION; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA (TRAVELERS); | No.   CV 09 2937 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING ON MOTION TO DISMISS AND FOR FILING OF FIRST AMENDED COMPLAINT** |

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

Stipulation and [Proposed] Order to Vacate Hearing on Motion to Dismiss and for Filing of First Amended Complaint
Case No.     CV 09 2937 SC

| | |
|---|---|
| 1 | THE BOARD OF TRUSTEES, in their )<br>capacities as Trustees of the LABORERS )|
| 2 | HEALTH AND WELFARE TRUST FUND )<br>FOR NORTHERN CALIFORNIA; LABORERS )|
| 3 | VACATION-HOLIDAY TRUST FUND FOR )<br>NORTHERN CALIFORNIA; LABORERS )|
| 4 | PENSION TRUST FUND FOR NORTHERN )<br>CALIFORNIA; and LABORERS TRAINING )|
| 5 | AND RETRAINING TRUST FUND FOR )<br>NORTHERN CALIFORNIA; NORTHERN )|
| 6 | CALIFORNIA DISTRICT COUNCIL OF )<br>LABORERS for itself and on behalf of )|
| 7 | LABORERS' LOCAL 304 )|

The undersigned parties hereby stipulate and request that the Court remove the October 9, 2009 hearing on the Motion to Dismiss in the above-captioned matter from the Court's Calendar to allow Defendant and Cross-Claimant D&E Construction, Inc. to file a First Amended Cross-Complaint against Plaintiffs and Cross-Defendants in this action. The parties agree that D&E Construction, Inc. will file such amended Cross-Complaint by October 2, 2009.

Dated: September 18, 2009.

      WEINBERG, ROGER & ROSENFELD
      A Professional Corporation

      \_\_\_\_//s//_____
      CONCEPCIÓN E. LOZANO-BATISTA
      Attorney for Plaintiffs/Cross-Defendants

Dated: September 18, 2009.

      By:\_\_//s//_____
          NATHAN D. IDE
          Attorney for Defendant/Cross-Claimant

122098/544421

**ORDER**

The Court approves the terms of the above Stipulation and the parties are ordered to comply with this Order. In addition the Court orders:

Dated:\_September 25, 2009\_\_\_\_\_

      _____
      The Honorable Samuel Conti
      Judge of the District Court

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 2 -

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001