1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 304<br><br>Plaintiffs,<br><br>v.<br><br>EDWIN OLIVER DE SILVA, Individually; EDWIN OLIVER DE SILVA, Individually and doing business as DE SILVA GATES CONSTRUCTION; DE SILVA GATES CONSTRUCTION; DB ELECTRIC, INC., A California Corporation; and D & E CONSTRUCTION, INC., A California Corporation,<br><br>Defendants. | No.   CV 09 2937 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING ON MOTION TO DISMISS AND FOR FILING OF FIRST AMENDED COMPLAINT** |
| D & E CONSTRUCTION, INC., A California Corporation,<br><br>Cross-Claimant,<br><br>v.<br><br>DE SILVA GATES CONSTRUCTION; TRAVELERS CASUALTY AND SURETY COPMANY OF AMERICA (TRAVELERS); | |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Stipulation and [Proposed] Order to Vacate Hearing on Motion to Dismiss and for Filing of First Amended Complaint
Case No.         CV 09 2937 SC

| | |
|---|---|
| 1 | THE BOARD OF TRUSTEES, in their ) |
| | capacities as Trustees of the LABORERS ) |
| 2 | HEALTH AND WELFARE TRUST FUND ) |
| | FOR NORTHERN CALIFORNIA; LABORERS ) |
| 3 | VACATION-HOLIDAY TRUST FUND FOR ) |
| | NORTHERN CALIFORNIA; LABORERS ) |
| 4 | PENSION TRUST FUND FOR NORTHERN ) |
| | CALIFORNIA; and LABORERS TRAINING ) |
| 5 | AND RETRAINING TRUST FUND FOR ) |
| | NORTHERN CALIFORNIA; NORTHERN ) |
| 6 | CALIFORNIA DISTRICT COUNCIL OF ) |
| | LABORERS for itself and on behalf of ) |
| 7 | LABORERS' LOCAL 304                          ) |

The undersigned parties hereby stipulate and request that the Court remove the October 9, 2009 hearing on the Motion to Dismiss in the above-captioned matter from the Court's Calendar to allow Defendant and Cross-Claimant D&E Construction, Inc. to file a First Amended Cross-Complaint against Plaintiffs and Cross-Defendants in this action.  The parties agree that D&E Construction, Inc. will file such amended Cross-Complaint by October 2, 2009.

Dated:  September 18, 2009.

> WEINBERG, ROGER & ROSENFELD
> A Professional Corporation
>
> ____//s//_____
> CONCEPCIÓN E. LOZANO-BATISTA
> Attorney for Plaintiffs/Cross-Defendants

Dated: September 18, 2009.

> By:  //s//_____
>         NATHAN D. IDE
>         Attorney for Defendant/Cross-Claimant

122098/544421

## ORDER

The Court approves the terms of the above Stipulation and the parties are ordered to comply with this Order.  In addition the Court orders:

Dated: September 25, 2009

> _____
> The Honorable Samuel Conti
> Judge of the District Court

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 2 -

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001