BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
KRISTINA L. HILLMAN, Bar No. 208599
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 304

Plaintiffs,

v.

EDWIN OLIVER DE SILVA, Individually; EDWIN OLIVER DE SILVA, Individually and doing business as DE SILVA GATES CONSTRUCTION; DE SILVA GATES CONSTRUCTION; DB ELECTRIC, INC., A California Corporation; and D & E CONSTRUCTION, INC., A California Corporation,

Defendants.

No. CV 09 2937 SC

STIPULATION FOR DISMISSAL; ORDER THEREON

Pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for

Northern California; and Laborers Training and Retraining Trust Fund For Northern California (hereinafter "Trust Funds"), Plaintiffs Northern California District Council of Laborers for itself and on behalf of Laborers' Local 304 (hereinafter "Union") and Defendant/Cross-Claimant D & E Construction hereby stipulate to the dismissal of the Complaint and all causes of action against Defendant D & E Construction, who has appeared in this action. Further, pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), Cross-Claimant D & E Construction and Cross-Defendants Trust Funds and Union hereby stipulate to the dismissal of the Cross-Claim and all causes of action against Cross-Defendants Trust Funds and Union. Settlement having been reached, Plaintiffs/Cross-Defendants and Defendant/Cross-Claimant D & E Construction, by and through their counsel of record, hereby stipulate that each side to bear its own attorney's fees and costs.

Dated: March 15, 2010

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

KRISTINA L. HILLMAN
Attorney for Plaintiffs/Cross-Defendants Trust Funds and Union

Dated: March 15, 2010

LAW OFFICE OF NATHAN D. IDE

NATHAN D. IDE
Attorneys for Defendant/Cross-Claimant D & E Construction, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: 3/17/10

HONORABLE SAMUEL CONTI

*IT IS SO ORDERED. Judge Samuel Conti*

122098/564646

- 2 -

STIPULATION FOR DISMISSAL; ORDER THEREON
Case No.    CV 09 2937 JCS

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001