| | |
|---|---|
| 1 | Nathan D. Ide, #187510 |
| 2 | Attorney at Law |
|   | 110 W. Center Ave., Suite A |
| 3 | Visalia, CA 93291 |
|   | Telephone: (559) 734-9889 |
| 4 | Facsimile: (559) 734-9876 |
| 5 | |
|   | Attorney for D & E Construction, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 304, <br><br> Plaintiffs, <br> vs. <br><br> EDWIN OLIVER DE SILVA, Individually; EDWIN OLIVER DE SILVA, Individually and doing business as DE SILVA GATES CONSTRUCTION; DE SILVA GATES CONSTRUCTION; DB ELECTRIC, INC., A California Corporation; and D & E CONSTRUCTION, INC., a California Corporation, <br><br> Defendants, | CASE NO. CV 09-2937 <br><br> STIPULATION FOR DISMISSAL OF CROSS-COMPLAINT WITHOUT PREJUDICE |

-1-

NATHAN D. IDE
ATTORNEY AT LAW
VISALIA, CA

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Dockets.Justia.com

|     |                                                                                   |
| --- | --------------------------------------------------------------------------------- |
| 1   | D & E CONSTRUCTION, INC., a California                                            |
| 2   | Cross-Claimant,                                                                   |
| 3   | vs.                                                                               |
| 4   | DE SILVA GATES CONSTRUCTION; TRAVELERS CASUALTY AND SURETY                        |
| 5   | COMPANY OF AMERICA (TRAVELERS); THE BOARD OF TRUSTEES, in their                   |
| 6   | capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND              |
| 7   | FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY                                |
| 8   | TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION                              |
| 9   | TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING                         |
| 10  | AND RETRAINING TRUST FOR NORTHERN CALIFORNIA; NORTHERN                            |
| 11  | CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of               |
| 12  | LABORERS' LOCAL 304                                                               |
| 13  | Cross-Defendants.                                                                 |

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate that the cross-claim of D&E Construction shall be dismissed without prejudice, each party to bear its own costs. This dismissal shall not operate as an adjudication on the merits in any future claim.

Dated: June 29, 2010

_____
Nathan D. Ide,
Attorneys for Cross-Claimant,
D & E Construction, Inc.

Dated: June 29, 2010

_____
Michael Willcoxon
Attorneys for Cross-Defendants
DeSilva Gates Construction
Travelers Casualty and Surety
Company of America

ORDER

IT IS SO ORDERED:
6/30/10

HONORABLE
Judge Samuel Conti

NATHAN D. IDE
ATTORNEY AT LAW
VISALIA, CA