Nathan D. Ide, #187510
Attorney at Law
110 W. Center Ave., Suite A
Visalia, CA 93291
Telephone: (559) 734-9889
Facsimile: (559) 734-9876

Attorney for D & E Construction, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 304, <br><br> Plaintiffs, <br> vs. <br><br> EDWIN OLIVER DE SILVA, Individually; EDWIN OLIVER DE SILVA, Individually and doing business as DE SILVA GATES CONSTRUCTION; DE SILVA GATES CONSTRUCTION; DB ELECTRIC, INC., A California Corporation; and D & E CONSTRUCTION, INC., a California Corporation, <br><br> Defendants, | CASE NO. CV 09-2937 <br><br> STIPULATION FOR DISMISSAL OF CROSS-COMPLAINT WITHOUT PREJUDICE |

-1-

| | |
|---|---|
| 1 | D & E CONSTRUCTION, INC., a California |
| 2 | Cross-Claimant, |
| 3 | vs. |
| 4 | DE SILVA GATES CONSTRUCTION; TRAVELERS CASUALTY AND SURETY |
| 5 | COMPANY OF AMERICA (TRAVELERS); THE BOARD OF TRUSTEES, in their |
| 6 | capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND |
| 7 | FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY |
| 8 | TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION |
| 9 | TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING |
| 10 | AND RETRAINING TRUST FOR NORTHERN CALIFORNIA; NORTHERN |
| 11 | CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of |
| 12 | LABORERS' LOCAL 304 |
| 13 | Cross-Defendants. |

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate that the cross-claim of D&E Construction shall be dismissed without prejudice, each party to bear its own costs. This dismissal shall not operate as an adjudication on the merits in any future claim.

Dated: June 29, 2010

_____
Nathan D. Ide,
Attorneys for Cross-Claimant,
D & E Construction, Inc.

Dated: June 29, 2010

_____
Michael Willcoxon
Attorneys for Cross-Defendants
DeSilva Gates Construction
Travelers Casualty and Surety
Company of America

ORDER

IT IS SO ORDERED:
6/30/10

HON. _____

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

NATHAN C. IDE
ATTORNEY AT LAW
VISALIA, CA

STIPULATION FOR DISMISSAL WITH...